UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CV-597-F

| | | |
|---|---|---|
| CASUNDRA MILLS-CRADDOCK, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROBERT GATES, Secretary of Defense, | ) | |
| Dept. of Defense Education Activity | ) | |
| Agency, | ) | |
| Defendant. | ) | |

Although recognizing that the plaintiff opposes further delay, the court finds that it is in the best interests of judicial economy and reduction of litigation costs that the defendant's Motion to Stay [DE-20] be ALLOWED. Accordingly, all matters in this action, including the parties' obligation to comply with the Order for Discovery Plan [DE-18], are STAYED, pending this court's ruling on the defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment [DE-15].

The court recognizes that the pro se plaintiff already prepared and filed a Report of Rule 26(f) Planning Meeting [DE-22]. It was not necessary for her to do so while the Motion to Stay was pending, however, and she will be afforded the opportunity to amend or abandon that Rule 26(f) Report *if she so desires*, should the defendant's dispositive motions be unsuccessful.

SO ORDERED.

This, the 22 day of July, 2011.

JAMES C. FOX
Senior United States District Judge