UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CASAUNDRA MILLS-CRADDOCK, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>ROBERT M. GATES, Secretary of )<br>Defense, Department of Defense )<br>Education Activity Agency, )<br>    Defendant. ) | **JUDGMENT**<br><br>No. 5:10-CV-597-F |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Defendants' Motion to Dismiss, pursuant to Rule 12(b)(1) and 12(b)(6) is ALLOWED. Defendants' Motion for Summary Judgment is DENIED AS MOOT. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on August 20, 2012, and Copies To:**

Casaundra Mills-Craddock (via regular mail to 100 Cookwood Court, Raleigh, NC 27610)
Seth Morgan Wood (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| DATE<br>August 20, 2012 | JULIE A. RICHARDS, CLERK<br>/s/ Susan K. Edwards<br>(By) Susan K. Edwards, Deputy Clerk |